UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY HUGHES, SR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> CENTURUM, INC., a Florida corporation, <br><br> Defendant. | CIVIL ACTION <br><br> Case No. 2:21-cv-820-JLB-KCD <br><br> Judge: John L. Badalamenti <br><br> Mag. Judge: Kyle C. Dudek |

## PLAINTIFF'S NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.09(a), the Plaintiff, by and through undersigned counsel, notifies this Honorable Court that the Plaintiff's claims in the instant action have been resolved through a settlement between the Plaintiff and Defendant. The parties expect completion of the settlement terms within the next thirty (30) days.

                                                Respectfully submitted,

Dated: March 19, 2023       **s/ Benjamin H. Yormak**_____
                                          Benjamin H. Yormak, Esq.
                                          Florida Bar Number 71272
                                          Lead Counsel for Plaintiff
                                          YORMAK EMPLOYMENT & DISABILITY LAW
                                          27200 Riverview Center Blvd., Suite 109
                                          Bonita Springs, Florida 34134
                                          Telephone: (239) 985-9691
                                          Fax: (239) 288-2534

Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

                                  **s/ Benjamin H. Yormak**_____
                                  Benjamin H. Yormak, Esq.